# Exhibit 2

# Defendant's 9-23-09 contract with Mr. Tillman-Kelly

# CHICAGO STATE UNIVERSITY

Office of the Provost
and Vice President for Academic Affairs

9501 S. King Drive / ADM 306
Chicago, Illinois 60628-1598
TEL 773.995.2410 • FAX 773.995.3584

September 23, 2009

Mr. Bryant Tillman-Kelly
705 E. 160th St.
South Holland, IL 60473

Dear Mr. Tillman-Kelly:

I am pleased to offer you the position of Project Director at Chicago State University (CSU). Your appointment will become effective September 1, 2009 and ends August 31, 2010. Your salary will be at the monthly rate of $4,042.00. You will report directly to Dr. Akujieze, Dean of Graduate Studies. Your compensation will also include the package of fringe benefits to which each administrative employee is entitled, excluding provisions for accrued leave (vacation) payout.

Your work assignment will conform to the terms of the Minority Public Black Institution grant. If the MPBI grant is not funded, refunded, or if your contract is not renewed for any subsequent period, your contract will terminate on the date of the last day for which the grant has been funded, or on the end date of your appointment. All offers are contingent upon funding being provided by action of the Illinois General Assembly and the Governor of Illinois. The Chicago State University Board of Trustees Policies and Regulations Manual govern your employment contract. A copy of this document is available for your review in the Office of Human Resources.

To indicate your formal acceptance of the appointment, please sign and date in the appropriate spaces on one copy of this letter and return the signed copy within ten (10) days of the date of this letter. Please forward the signed copy to CSU, Office of Human Resources, Administration Building Room 203, 9501 S. King Drive, Chicago, IL 60628, Attention: Mrs. Lori Mays.

Congratulations and best wishes as you undertake new responsibilities and face new challenges.

With best regards,

*Sandra Westbrooks*

Dr. Sandra Westbrooks
Senior Administrative Officer

SW: lm

c: Dr. Akujieze, Dean of Graduate Studies
Director, Office of Human Resources

_____   9/25/09
Signature                    Date

*Scholarship & Responsibility*